# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| FISKER INC., et al., | ) | Bankruptcy Case No.: 24-11390-TMH |
| | ) | Bankr. BAP No. 24-0059 |
| Debtors. | ) | |
| _____ | ) | |
| TOCCATA AUTOMOTIVE GROUP, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-1158-JLH |
| | ) | |
| FISKER INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

## ORDER

At Wilmington, Delaware, this **26th day of February 2025;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the Court initially retained this matter for mediation before a United States Magistrate Judge;

WHEREAS Appellants do not have counsel and the Court has recently received correspondence from Appellees' counsel stating that Appellees no longer consent to mediation in this case;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is no longer appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation.

 

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE